UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>PEDRO ALEXIS CINTRON-CRUZ,<br>a/k/a "Pedro C", a/k/a "Pedro Pr",<br>Defendant. | INDICTMENT<br><br>CRIMINAL NO. 25-183 (ADC)<br><br>VIOLATIONS:<br><br>21 U.S.C. §§ 841(a)(1) &<br>(b)(1)(A)(ii), and 846<br><br>18 U.S.C. §1001(a)(2)<br><br>(Three Counts & Forfeiture Allegation) |

THE GRAND JURY CHARGES:

RECEIVED & FILED
CLERK'S OFFICE
APR - 9 2025
US DISTRICT COURT
SAN JUAN, PR

COUNT ONE
Conspiracy to Possess With Intent to Distribute Cocaine
21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(ii), and 846

Beginning on a date unknown, but not later than in or about January 2024, up to and until the return of the instant Indictment, in the District of Puerto Rico, and within the jurisdiction of this Court,

PEDRO ALEXIS CINTRON-CRUZ,
a/k/a "Pedro C", a/k/a "Pedro Pr",

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury, to possess with intent to distribute and to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance. All in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(ii), and 846.

## COUNT TWO
### Possession with Intent to Distribute Cocaine
### 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii)

On or about September 23, 2024, in the District of Puerto Rico, and within the jurisdiction of this Court,

**PEDRO ALEXIS CINTRON-CRUZ,**
**a/k/a "Pedro C", a/k/a "Pedro Pr",**

aiding and abetting others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance. All in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(ii), and 18 U.S.C. § 2.

## COUNT THREE
### False Statement Made to Agency of the United States
### 18 U.S.C. § 1001(a)(2)

On or about February 23, 2025, in the District of Puerto Rico and within the jurisdiction of this Court,

**PEDRO ALEXIS CINTRON-CRUZ,**
**a/k/a "Pedro C", a/k/a "Pedro Pr",**

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Drug Enforcement Administration, an agency of the executive branch of the Government of the United States, that is: he falsely stated to Drug Enforcement Administration Agents that the parcel contained school supplies for his son and denied having knowledge of the contraband inside of the parcel. The statement and representation was false because

defendant PEDRO ALEXIS CINTRON-CRUZ knew the parcel contained cocaine. All in violation of 18 U.S.C. § 1001(a)(2).

### NARCOTICS FORFEITURE ALLEGATION
### 21 U.S.C. § 853

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

2. Pursuant to 21 U.S.C. § 853, upon conviction of one <u>or more</u> of the controlled substances alleged in Counts One and Two of this Indictment,

**PEDRO ALEXIS CINTRON-CRUZ,**
**a/k/a "Pedro C", a/k/a "Pedro Pr",**

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations including, but not limited to, $9,900 is United States currency.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

TRUE BILL

W. Stephen Muldrow
United States Attorney

_____
Max Perez-Bouret
Assistant United States Attorney, Chief
Transnational Organized Crime Section

FOREPERSON

Date: __4-9-2025__

_____
María Montañez-Concepción
Assistant United States Attorney, Deputy Chief
Transnational Organized Crime Section

_____
Luis A. Valentin
Assistant United States Attorney

4